# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| ERIC WAGENKNECHT, | |
| Plaintiff, | No. C09-59 |
| vs. | ORDER |
| JERRY BURT and RANDY OLDENBURGER, | |
| Defendants. | |

This matter is before the court on plaintiff's Application to Proceed in Forma Pauperis, filed April 28, 2009, and on his Motion for Appointment of Counsel, filed May 13, 2009. Application to Proceed in Forma Pauperis granted; Motion for Appointment of Counsel denied. Dismissed.

Plaintiff brings this action seeking damages for the alleged deprivation of his constitutional rights pursuant to 42 USC §1983. The court has jurisdiction pursuant to 28 USC §1331.

Based on the application and certificate of inmate account, in forma pauperis status shall be granted. 28 USC §1915. The Clerk of Court shall be directed to file the complaint without prepayment of the filing fee. Given his current financial status, plaintiff shall be required to submit an initial partial filing fee of $3.20, and shall thereafter submit monthly payments of 20 percent of the preceding month's income credited to his inmate account until the $350.00 filing fee is paid. 28 USC §1915(b)(1)(B). The agency having custody of the plaintiff shall forward payments from his inmate account to the Clerk of Court each time the amount in the account exceeds $10 until the filing fee is paid. 28 USC §1915(b)(2).

Plaintiff asserts that defendant Oldenburger struck him, causing emotional and bodily injury, and accordingly that defendant Burt failed to provide a safe institution, all in violation of the 8th Amendment to the US Constitution.

Upon review, it is the court's view that plaintiff's claim of having been struck by defendant Oldenburger does not rise to the level of cruel and unusual punishment in violation of the 8th Amendment to the US Constitution.

It is therefore
ORDERED
Application to proceed in forma pauperis granted in accordance herewith.
Motion for Appointment of Counsel denied.
Dismissed.

June 8, 2009.

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT

TO: **WARDEN/ADMINISTRATOR**

**Anamosa State Penitentiary, Anamosa, Iowa**

## NOTICE OF COLLECTION OF FILING FEE

You are hereby given notice that Eric Wagenknecht, #1093451, an inmate at your facility, filed the following lawsuit in the United States District Court for the Northern District of Iowa: *Wagenknecht v. Burr, et al.*, Case No. C09-59-EJM. The inmate was granted in forma pauperis status pursuant to 28 U.S.C. § 1915(b), which requires partial payments of the $350.00 filing fee. Plaintiff has been assessed an immediate partial filing fee of $3.20, which you shall forward to the Clerk of Court forthwith. 28 U.S.C. § 1915(b)(1). Additionally,

> . . . [the plaintiff] shall be required to make monthly payments of 20 percent of the preceding month's income credited to [his] account. The agency having custody of the [plaintiff] shall forward payments from [his] account to the clerk of court each time the amount in the account exceeds $10 until the filing fees are paid.

28 U.S.C. § 1915(b)(2). You must monitor the account and send payments to the Clerk of Court according to the system provided in 28 U.S.C. § 1915(b)(2).

Please make the appropriate arrangements to have these fees deducted and sent to the court as instructed.

                                    Robert Phelps
                                    U.S. District Court Clerk
                                    Northern District of Iowa